1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Nicholaus Rapier

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) Case No.: 06-cr-00476-MCE
                                   )
12         Plaintiff,              ) STIPULATION AND ORDER
                                   )
13     v.                          ) DATE:  March 6, 2008
                                   ) TIME:  9:00 a.m.
14 Nicholaus Rapier,               ) JUDGE: Honorable Morrison C.
                                   )        England, Jr.
15         Defendant.              )
                                   )
16 ─────────────────────────────────

17      It is hereby stipulated and agreed to between the United
18 States of America through JASON HITT, Assistant U.S. Attorney,
19 and defendant, NICHOLAUS RAPIER, through his counsel, KRESTA
20 DALY, that the status conference of March 6, 2008 be vacated and
21 that a status conference be set for April 3, 2008 at 9:00 a.m.
22      This continuance is being requested because the discovery
23 in this case is voluminous and has required a substantial amount
24 of time for defense counsel to review the discovery.
25 Additionally the parties are actively engaged in efforts to
26 resolve this matter.
27      The parties request that speedy trial time be excluded from
28 the date of this order through the date of the status conference

1

set for April 3, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   March 4, 2008         Respectfully submitted,


                                    s/Kresta Daly_____
                                    KRESTA DALY
                                    Attorney for Beverly Benford



                                    s/Kresta Daly_____
DATED:   March 4, 2008         Jason Hitt
                                    Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: March 7, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2