KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Nicholaus Rapier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 06-Cr-00476-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  April 3, 2008 |
|  | ) TIME:  9:00 a.m. |
| Nicholaus Rapier, | ) JUDGE: Honorable Morrison C. |
|  | )            England, Jr. |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, NICHOLAUS RAPIER, through his counsel, KRESTA DALY, that the status conference of April 3, 2008 be vacated and that a status conference be set for May 15, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

///

///

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for May 15, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  April 1, 2008          Respectfully submitted,


                                _s/Kresta Daly_____
                                KRESTA DALY
                                Attorney for Nicholas Rapier



                                _s/Kresta Daly_____
DATED:  April 1, 2008           Jason Hitt
                                Assistant United States Attorney


                          **O R D E R**

**IT IS SO ORDERED.**

DATED: April 4, 2008

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

2