1  KRESTA NORA DALY, SBN 199689
2  Rothschild Wishek & Sands, LLP
   901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Nicholaus Rapier

5

6

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        ) Case No.: 2:06-CR-00476-MCE
12                                   )
              Plaintiff,             ) STIPULATION AND ORDER
13                                   )
        v.                           )
14                                   )
   Nicholaus Rapier,                 )
15                                   )
              Defendant.             )
16                                   )
                                     )
17 ─────────────────────────────────

18     It is hereby stipulated and agreed to between the United
19 States of America through JASON HITT, Assistant U.S. Attorney, and
20 defendant, NICHOLAUS RAPIER, through his counsel, KRESTA DALY, that
21 the sentencing currently scheduled for August 7, 2008 at 9:00am be
22 re-scheduled for September 4, 2008 at 9:00am.
23 //
24 //
25 //
26 //
27 //
28 //
   //

                                    1

1 | DATED:   May 20, 2008              Respectfully submitted,
2
3
4 |                                         s/Kresta Daly
  |                                    KRESTA DALY
5 |                                    Attorney for Nicholas Rapier
6
7
8 |                                         s/Kresta Daly
  | DATED:   May 20, 2008                   Jason Hitt
9 |                                    Assistant United States Attorney
10
11
12 |                                   **O R D E R**
13 |       IT IS SO ORDERED.
14 | DATED: May 27, 2008
15
16 |                                    _____
  |                                    MORRISON C. ENGLAND, JR.
17 |                                    UNITED STATES DISTRICT JUDGE

2