```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Nicholaus Rapier
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Nicholaus Rapier,<br><br>　　　　Defendant. | Case No.: 2:06-CR-00476-MCE<br><br>STIPULATION AND ORDER |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, NICHOLAUS RAPIER, through his counsel, KRESTA DALY, that the sentencing currently scheduled be re-scheduled for October 2, 2008 at 9:00am.

//
//
//
//
//
//
//

1

1  DATED:  July 3, 2008                Respectfully submitted,
2
3
                                        s/Kresta Daly
4                                       KRESTA DALY
                                        Attorney for Nicholas Rapier
5
6
7
                                        s/Kresta Daly
8  DATED:  July 3, 2008                 Jason Hitt
                                        Assistant United States Attorney
9
10
11
12                              **O R D E R**
13     **IT IS SO ORDERED.**
   DATED: July 22, 2008
14
15  _____
                                        MORRISON C. ENGLAND, JR
16                                      UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2