```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Nicholaus Rapier
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Nicholaus Rapier,<br><br>         Defendant. | Case No.: 06-Cr-00476-MCE<br><br>STIPULATION AND ORDER |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, NICHOLAUS RAPIER, through his counsel, KRESTA DALY, that the sentencing currently scheduled be re-scheduled for November 20, 2008 at 9:00am.

//
//
//
//
//
//
//

1

PDF created with pdfFactory trial version www.pdffactory.com

```
1  DATED:  September 10, 2008          Respectfully submitted,
2
3
                                       s/Kresta Daly
4                                      _____
                                       KRESTA DALY
                                       Attorney for Nicholas Rapier
5
6
7
                                       s/Kresta Daly
                                       _____
8  DATED:  September 10, 2008          Jason Hitt
                                       Assistant United States Attorney
9
10
11
12                           O R D E R
13      IT IS SO ORDERED.
14 DATE: September 10, 2008
15
                                       _____
16                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
17
```

2

PDF created with pdfFactory trial version www.pdffactory.com